# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Aelisha Naomi Marsh,

    Plaintiff(s),

vs.

CBS Media Corporation, et al. ,
Judge Robert Conrad,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv419

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/09 Order.

Signed: October 26, 2009

Frank G. Johns, Clerk
United States District Court